

United States District Court
Eastern District of California

| BEKZOD NOSIROV, |
| --- |

Plaintiff(s)

V.

| WARDEN OF THE C. VALLEY ANNEX, |
| --- |

Defendant(s)

Case Number: | 1:26-cv-04212-AMO |
| --- |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Harun Taskin                                     hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Petitioner, Bekzod Nosirov

On _____11/17/2022_____ (date), I was admitted to practice and presently in good standing in the

_____Illinois Supreme Court_____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Supuev v. Warden,  et al., 1:26-cv-02056-DC-SCR (HC), Date of Application: 03/18/2026

Granted: 4/7/2026

Date:_____06/10/2026_____          Signature of Applicant: /s/ _____Harun Taskin_____

**Pro Hac Vice Attorney**

Applicant's Name: Harun Taskin

Law Firm Name: Kent Law Partners LLC

Address: 1701 E Woodfield Rd

Suite 820

City: Schaumburg    State: Illinois    Zip: 60173

Phone Number w/Area Code: (312) 724-5555

City and State of Residence: Bloomingdale, Illinois

Primary E-mail Address: htaskin@kentlawpartners.com

Secondary E-mail Address: info@kentlawpartners.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Isai Eli Ramirez Crohn

Law Firm Name: Rca Immigration, Apc

Address: 611 S Catalina St

Suite 222

City: Los Angeles    State: CA    Zip: 90005

Phone Number w/Area Code: (323) 408-0739    Bar # 360125

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 6/30/2026

HON. ARACELI MARTÍNEZ-OLGUÍN
JUDGE, U.S. DISTRICT COURT